CASE NUMBER 12-17-00201-CR

| William Potter | §§ | TWELFTH COURT OF APPEALS |
| Appellant, | §§ | |
| V. | §§ | |
| The State of Texas | §§ | |

### CERTIFICATE OF SERVICE TO APPELLANT'S PRO SE
### MOTION FOR ACCESS TO RECORD AND REQUEST SERVICE TO ALL PARTIES

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW William Potter, and files this certificate of service with this Honorable Clerk Pam Estes.

### CERTIFICATE OF SERVICE

This is to certify that I have forwarded this original Certificate Of Service To Appellant's Pro Se Motion For Access To Record And Request Service To All Parties to the Honorable Clerk Estes. In filing this certificate of service I respectfully ask that Honorable Clerk Estes please forward a copy of this certificate of service to the following:

Mr.James P. Wheeler
District Attorney
P.O.BOX 689
Quitman, Texas 75783-0689

robert wilson
P.O.BOX 1529
Quitman, Texas 75783

EXECUTED THIS 28th DAY
OF November ,2017.

Respectfully Submitted

William Potter

William Potter
12120 Savage Drive
Midway, Texas 75852
#02143283

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 01 2017

TYLER TEXAS
PAM ESTES, CLERK